UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMY F. ADAMS,<br><br>                                Plaintiff,<br><br>          -against-<br><br>ROBERT HALF INTERNATIONAL,<br><br>                               Defendant. | 23-CV-5815 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the November 3, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 3, 2023
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                              Chief United States District Judge